Cite as 2023 Ark. 73

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS
TO JUSTICE FOUNDATION,
INC.

**Opinion Delivered:** April 27, 2023

**PER CURIAM**

Deepali Lal, Esq., and J. Cliff McKinney, Esq., both of Little Rock, are reappointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for three-year terms to expire on April 30, 2026. The court thanks Ms. Lal and Mr. McKinney for accepting reappointment to the board.